United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLEX WATCH U.S.A., INC., | No. C 08-80125 MISC MMC |
| Plaintiff, | **ORDER REFERRING TO MAGISTRATE JUDGE MOTION TO QUASH; VACATING HEARING** |
| v. | |
| CAPETOWN DIAMOND CORP., et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 72-1, the motion, filed June 13, 2008 by plaintiff and non-party J. Thomas McCarthy ("McCarthy"), to quash a subpoena served on McCarthy, is hereby REFERRED to a Magistrate Judge, to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

The July 21, 2008 hearing noticed by the moving parties is hereby VACATED. The parties will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers.

**IT IS SO ORDERED.**

Dated: June 19, 2008

MAXINE M. CHESNEY
United States District Judge