Donald R. Andersen
Stites & Harbison, PLLC
303 Peachtree St., 2800 SunTrust Plaza
Atlanta, GA 30308
(404) 739-8800
(Name, address, and phone number of applicant)

FILED
08 JUL -3 PM 3:03
CLERK, U.S. DISTRICT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

ROLEX WATCH U.S.A., INC.

    Plaintiff(s),

v.

CAPETOWN DIAMOND CORP., CAPETOWN LUXURY GROUP, INC. d/b/a CAPETOWN DIAMOND CORP., CARL MARCUS and ROSE MARCUS    Defendant(s).

CASE NO. 08:MC-80125 MMC
(underlying action pending in N. District of Georgia, Case No. 1:03-CV-3001-CC)

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Donald R. Andersen, an active member in good standing of the bar of U.S. Dist. Court, N. Dist. of Georgia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendants in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Daniel S. Mason
Zelle, Hoffman, Voelbel, Mason & Gette, LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
(415) 633-1910

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7/2/08

RECEIVED
08 JUL -3 PM 3:00
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

<table>
<tr><td>ROLEX WATCH U.S.A., INC.,<br><br>Plaintiff(s),<br>v.<br>CAPETOWN DIAMOND CORP.,<br>CAPETOWN LUXURY GROUP, INC., D/B/A CAPETOWN DIAMOND CORP.,<br>CARL MARCUS, AND ROSE MARCUS,<br><br>Defendant(s).</td><td>CASE NO 08:MC-80125<br>(underlying action pending in N. District of Georgia<br>Case No: 1:03-CV-3001-CC)<br>(Proposed)<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**</td></tr>
</table>

Donald R. Andersen, an active member in good standing of the bar of the U.S. District Court, N. District of Georgia (particular court to which applicant is admitted) whose business address and telephone number is Stites & Harbison, PLLC
303 Peachtree Street, NE, 2800 SunTrust Plaza
Atlanta, GA 30308
(404) 739-8800
, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Capetown Diamond Corp., Carl Marcus, and Rose Marcus,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

United States District Judge
Maxine M. Chesney

United States District Court
For the Northern District of California