Reset Form

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

RECEIVED

FILED

JUL - 3 2008

ROLEX WATCH U.S.A., INC.,

JUL 1 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff(s),

v.

CAPETOWN DIAMOND CORP.,
CAPETOWN LUXURY GROUP, INC., D/
B/A CAPETOWN DIAMOND CORP.,
CARL MARCUS, AND ROSE MARCUS,

Defendant(s).

CASE NO.   08-MC-80125
(underlying
action pending in N. District of Georgia,
Case No. 1:03-CV-3001-CC)
**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Catherine M. Banich                                    , an active member in good standing of the bar of

the U.S. District Court, N. District of Georgia    whose business address and telephone number
(particular court to which applicant is admitted)

is  Stites & Harbison, PLLC
303 Peachtree Street, NE, 2800 SunTrust Plaza
Atlanta, GA 30308
(404) 739-8800                                         , having applied in the

above-entitled action for admission to practice in the Northern District of California on a *pro hac*

*vice* basis, representing  Capetown Diamond Corp., Carl Marcus, and Rose Marcus,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice* . Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing* .

Dated: JUL 1 4 2008

United States District    Judge
Maxine M. Chesney

United States District Court
For the Northern District of California