United States District Court
For the Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

FILED JUL 14 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

RECEIVED JUL - 3 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

ROLEX WATCH U.S.A., INC.,

　　　　　　Plaintiff(s),

v.

CAPETOWN DIAMOND CORP., CAPETOWN LUXURY GROUP, INC., D/B/A CAPETOWN DIAMOND CORP., CARL MARCUS, AND ROSE MARCUS,

　　　　　　Defendant(s).

CASE NO 08:MC-80125 (underlying action pending in N. District of Georgia Case No. 1:03-CV-3001-CC)

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Donald R. Andersen, an active member in good standing of the bar of the U.S. District Court, N. District of Georgia (particular court to which applicant is admitted) whose business address and telephone number is Stites & Harbison, PLLC
303 Peachtree Street, NE, 2800 SunTrust Plaza
Atlanta, GA 30308
(404) 739-8800
, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Capetown Diamond Corp., Carl Marcus, and Rose Marcus,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: JUL 14 2008

_____
United States District Judge
Maxine M. Chesney