HARVEY SISKIND LLP
D. PETER HARVEY (SBN 55712)
MATTHEW A. STRATTON (SBN 254080)
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124
pharvey@harveysiskind.com
mstratton@harveysiskind.com

Attorneys for
Plaintiff ROLEX WATCH U.S.A., INC.
and Non-Party J. THOMAS MCCARTHY

**FILED**

JUL 1 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ROLEX WATCH U.S.A., INC.,<br><br>Plaintiff,<br><br>v.<br><br>CAPETOWN DIAMOND CORP., CAPETOWN LUXURY GROUP, INC. d/b/a CAPETOWN DIAMOND CORP., CARL MARCUS and ROSE MARCUS,<br><br>Defendants. | Case No. C 08-80125 MISC MMC (JCS)<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY BRIAN W. BROKATE *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, Brian W. Brokate, an active member in good standing of the bar of the State of New York; the United States District Courts for the Eastern, Western and Southern Districts of New York; the U.S. Court of Appeals for the Second, Fifth, Ninth and Eleventh Circuits, and the U.S. Supreme Court, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Rolex Watch U.S.A., Inc. in the above-entitled action.

1    In support of this application, I certify on oath that:

2    1.    I am an active member in good standing of a United States Court or of the highest

3    court of another State or the District of Columbia, as indicated above;

4    2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule

5    11-4, to comply with General Order No. 45, Electronic Case Filing, and to become

6    familiar with the Local Rules and the Alternative Dispute Resolution programs of this

7    Court; and,

8    3.    An attorney who is a member of the bar of this Court in good standing and who

9    maintains an office within the State of California has been designated as co-counsel in

10    the above-entitled action. The name, address and telephone number of that attorney is:

11    D. Peter Harvey
      Harvey Siskind LLP
12    4 Embarcadero Center, 39th Floor
      San Francisco, California 94111
13    Telephone: (415) 354-0100

14    I declare under penalty of perjury that the foregoing is true and correct.

15

16
17    Dated: _____    _____
                                          Brian W. Brokate
18

19

20

21

22

23

24

25

26

27

28

APPLICATION FOR ADMISSION *PRO HAC VICE*          CASE NO. C 08-80125 MISC MMC (JCS)
OF ATTORNEY BRIAN W. BROKATE