| | |
|---|---|
| 1 | HARVEY SISKIND LLP |
| 2 | D. PETER HARVEY (SBN 55712)<br>MATTHEW A. STRATTON (SBN 254080) |
| 3 | Four Embarcadero Center, 39th Floor<br>San Francisco, California 94111 |
| 4 | Telephone: (415) 354-0100<br>Facsimile: (415) 391-7124 |
| 5 | pharvey@harveysiskind.com<br>mstratton@harveysiskind.com |
| 6 | |
| 7 | Attorneys for<br>Plaintiff ROLEX WATCH U.S.A., INC. |
| 8 | and Non-Party J. THOMAS MCCARTHY |

**RECEIVED JUL 1 5 2008**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**E-filing**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROLEX WATCH U.S.A., INC., | Case No. C 08-80125 MISC MMC (JCS) |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY BRIAN W. BROKATE *PRO HAC VICE* |
| v. | |
| CAPETOWN DIAMOND CORP., CAPETOWN LUXURY GROUP, INC. d/b/a CAPETOWN DIAMOND CORP., CARL MARCUS and ROSE MARCUS, | |
| Defendants. | |

Brian W. Brokate, an active member in good standing of the bar of the State of New York; the United States District Courts for the Eastern, Western and Southern Districts of New York; the U.S. Court of Appeals for the Second, Fifth, Ninth and Eleventh Circuits, and the U.S. Supreme Court; and whose business address and telephone number are:

Gibney, Athony & Flaherty, LLP
665 Fifth Avenue
New York, New York 10022
Telephone:   (212) 705-9808
Facsimile:   (212) 688-8315
Email:  bwbrokate@gibney.com

1  having applied in the above-entitled action for admission to practice in the Northern District of
2  California on a *pro hac vice* basis, representing Rolex Watch U.S.A., Inc.;
3       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
4  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*.
5  Service of papers upon and communication with co-counsel designated in the application will
6  constitute notice to the party. All future filings in this action are subject to the requirements
7  contained in General Order No. 45, *Electronic Case Filing*.

Dated: **JUL 1 7 2008**

                                    The Honorable Maxine M. Chesney
                                    United States District Judge