# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL MINUTE ORDER</u>

**CASE NO.  C 08-80125 MMC (JCS)**

**CASE NAME:  ROLEX WATCH USA v. CAPETOWN DIAMOND**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**:  Karen Hom |
| **DATE**: July 25, 2008    **TIME:** 22 mins | **COURT REPORTER**: <u>Kathy Wyatt</u> |
| <u>**COUNSEL FOR PLAINTIFF:**</u><br>Peter Harvey<br>Matt Stratton<br>Brian Brokate | <u>**COUNSEL FOR DEFENDANT:**</u><br>Daniel Mason<br>Catherine Banich<br>Donald Andersen |

| <u>**PROCEEDINGS:**</u> | <u>**RULING:**</u> |
|---|---|
| 1. Pla's Motion to Quash Subpoena Duces Tecum Served on Non-Party J. Thomas McCarthy [Docket #1] | Granted |

<u>**ORDERED AFTER HEARING:**</u>

**Ruling stated on the record.**

___

**ORDER TO BE PREPARED BY:**       () Plaintiff     () Defendant     (X) Court

**CASE CONTINUED TO:**

___

| | | |
|---|---|---|
| **Number of Depos:** | **Number of Experts:** | **Discovery Cutoff:** |
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:**      at 9:30 a.m. | | **Pretrial Conference:**       at 1:30 p.m. |
| **Trial Date:**          at 8:30 a.m. ()Jury   ()Court | **Set for**      **days** | |

___

**cc:**       **Chambers; Karen**
* (T) = Telephonic Appearance