UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLEX WATCH USA, INC.,<br><br>  Plaintiff(s),<br><br>  v.<br><br>CAPETOWN DIAMOND CORP.,<br><br>  Defendant(s). | Case No. C08-80125 MMC ( JCS)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO QUASH SUBPOENA DUCES TECUM SERVED ON NON-PARTY J. THOMAS MCCARTHY**<br>**[Docket No. 1]** |

On June 13, 2008, Plaintiff filed a Motion to Quash Subpoena Duces Tecum Served on Non-Party J. Thomas McCarthy (the "Motion").

On July 25, 2008, the Motion came on for hearing. Peter Harvey, Brian Brokate, and Matt Stratton, counsel for Plaintiff, appeared. Donald Andersen, Daniel Mason, and Catherine Banich, counsel for Defendant, appeared.

For reasons stated on the record, and good cause shown,

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS SO ORDERED.

Dated: July 28, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge